PEQUOT MANUFACTURING CORPORATION v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal granted; motion for reargument denied.  Present — Martin, Merrell, O'Malley and Proskauer, JJ.

PAUL C. SWEINHART v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of THEODORE I. JACOBUS, as Administrator of JOSEPH JACOBUS, Deceased.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

TERESA LENNERT v. CELESTINE ALINE DREW and Others.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

EMIL GROSS v. HENRY D. WELSH and B. TITMAN COMPANY.— Motion granted. Present — Finch, Merrell, Martin, O'Malley and Proskauer, JJ.

PHILIP BERNSTEIN v. ABRAHAM KRITZER and Another.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SOLOMON ALBERT and Another v. HAMILTON FIRE INSURANCE COMPANY.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CLARA GANG v. SAMUEL GANG.  I. NICK GORDON, Respondent.— Motion granted so far as indicated in order and in all other respects denied.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

STEWART BROWNE v. CHARLES W. BERRY, as Comptroller, etc., and Others.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ANNIE ROCHE, as Administratrix, etc., of MICHAEL ROCHE, Deceased, v. THE CUNARD STEAM SHIP COMPANY, LTD.— Motion for leave to appeal denied, with ten dollars costs; motion for stay pending the granting or final refusal by the Court of Appeals of leave to appeal granted, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act.  Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

MADISON MILLS, INC., v. WILKIE REALTIES, INC., and Others, RUSSELL FICKE. — Motion denied, with ten dollars costs, and stay vacated.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Arbitration between RUSSELL B. MARCHANT, as Trustee, etc., and MEAD-MORRISON MANUFACTURING COMPANY.— Motion granted; questions certified.  Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROSIKA SCHWIMMER v. FRED R. MARVIN and Another.— Motion denied, with ten dollars costs.  Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.